UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

WAYNE DEMARS HAMILTON, )
)
Plaintiff, )
)
v. ) Case No. CV410-201
)
TODD MARTIN, *Public Defender,* )
and GEORGE ASINC, *Asst. D.A.,* )
)
Defendants. )

## ORDER

After a careful *de novo* review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 24 day of Jan., 2011.

B. AVANT EDENFIELD,
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA